Christopher A. Seeger (CS-4880)
Stephen A. Weiss (SW-3520)
**SEEGER WEISS LLP**
One William Street
New York, New York 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

RECEIVED APR 08 2008 U.S.D.C. S.D. N.Y. CASHIERS

JUDGE KRAM

Defer LP, Individually
And On Behalf of All Others Similarly Situated,

Plaintiff,

v.

Raymond James Financial, Inc., Raymond James & Associates, Inc., and Raymond James Financial Services, Inc.,

Defendants.

08 CIVIL ACTION NO. 3449

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluated possible disqualification or recusal, the undersigned counsel for Plaintiff <u>DEFER LP</u> (a private non-governmental party) certifies that the following are corporate parents, affiliate and/or subsidiaries of said party, which are publicly held. <u>NONE.</u>

Date: May 08, 2008

SEEGER WEISS LLP

_____
Christopher A. Seeger