RECEIVED MAY 08 2008 JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Defer LP, Individually, And On Behalf of All Others
Similarly Situated,

                Plaintiffs,

vs.

Raymond James Financial, Inc., Raymond James &
Associates, Inc., and Raymond James Financial
Services, Inc.,

                Defendants.
------------------------------------------------------------x

08 CV 03449 (LAK)

**STIPULATION**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that Defendants' time to move, answer or otherwise respond to the Complaint is adjourned without date, pending appointment of Lead Plaintiff and filing of an amended complaint.

Dated: May __, 2008
          New York, New York

SEEGER WEISS LLP

By: _____
Stephen A. Weiss (SW-3520)
One William Street, 10th Floor
New York, NY 10004
Telephone: (212) 584-0757
Facsimile: (212) 584-0799

*Counsel for Plaintiffs*

SO ORDERED:
Date: 5/9/08

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Joaquin J. Ezcurra (JE-3244)
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6396
Facsimile: (212) 309-6001

*Counsel for Defendants*

_____
The Honorable Lewis A. Kaplan
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08