UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| Defer LP, Individually, and On Behalf of All Others Similarly Situated, | 08-CV-03449 (LAK) |
| Plaintiffs, | **MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| v. | |
| Raymond James Financial, Inc., Raymond James & Associates, Inc., and Raymond James Financial Services, Inc., | |
| Defendants. | |

-----------------------------------------------------------------x

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PLEASE TAKE NOTICE that Defendants Raymond James Financial, Inc., Raymond James & Associates, Inc., and Raymond James Financial Services, Inc., through their counsel herein, move this Court for an order, pursuant to Local Civil Rule 1.3(c) of the Rules of the United States District Courts for the Southern and Eastern Districts of New York, admitting E. Andrew Southerling, Esq. *pro hac vice* to the Bar of this Court for the purpose of appearing and participating in the above-captioned action.

| | |
|---|---|
| Applicant's Name: | E. Andrew Southerling, Esq. |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1111 Pennsylvania Avenue, N.W. |
| City/State/Zip: | Washington, DC 20004 |
| Phone Number: | 202-739-3000 |
| Fax Number: | 202-739-3001 |
| Email Address: | asoutherling@notes.morganlewis.com |

1-NY/2309474.1

In support of this motion, Defendants submit herewith the affidavit of Joaquin Ezcurra, dated May 28, 2008.

Dated:   New York, New York
         May 28, 2008

MORGAN, LEWIS & BOCKIUS LLP

By: _____
    Joaquin Ezcurra
    101 Park Avenue
    New York, New York 10178
    Tel: 212.309.6000

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Defer LP, Individually, And On Behalf of All
Others Similarly Situated,

           **Plaintiffs,**

vs.

Raymond James Financial, Inc., Raymond James
& Associates, Inc., and Raymond James Financial
Services, Inc.,

           **Defendants.**
-----------------------------------------------------------------x

08 CV 03449 (LAK)

**AFFIDAVIT OF JOAQUIN EZCURRA FOR THE ADMISSION OF E. ANDREW SOUTHERLING PRO HAC VICE**

STATE OF NEW YORK   )
                               ) ss:
COUNTY OF NEW YORK  )

Joaquin Ezcurra, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Morgan, Lewis & Bockius LLP, counsel for Defendants in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit E. Andrew Southerling as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2002. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Southerling is an associate of Morgan, Lewis & Bockius LLP, practicing in our Washington, D.C. office.

4. It is my personal belief that Mr. Southerling is a person of integrity and of high moral character.

5. Accordingly, I am pleased to move the admission of E. Andrew Southerling, pro hac vice.

1-NY/2318587.1

6. I respectfully submit a proposed order granting the admission of E. Andrew Southerling, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit E. Andrew Southerling, pro hac vice, to represent Defendants in the above captioned matter, be granted.

Dated: May 28, 2008
New York, New York

Respectfully submitted,

_____
Joaquin Ezcurra
JE-3244

Sworn to and subscribed before me
this 28th day of May 2008.

_____
NOTARY PUBLIC

CHARLES M. CALVARUSO
Notary Public, State of New York
No. 31-4818473
Qualified in New York County
Commission Expires August 31, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Defer LP, Individually, And On Behalf of All Others
Similarly Situated,

                         Plaintiffs,

    vs.

Raymond James Financial, Inc., Raymond James &
Associates, Inc., and Raymond James Financial
Services, Inc.,

                         Defendants.
------------------------------------------------------------x

08 CV 03449 (LAK)

**ORDER FOR ADMISSION
PRO HAC VICE
BY WRITTEN MOTION**

Upon the motion of Joaquin Ezcurra, attorney for Defendants Raymond James Financial, Inc., Raymond James & Associates, Inc., and Raymond James Financial Services, Inc. ("Defendants")

in the above-captioned matter and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

|  |  |
|---|---|
| Name: | E. Andrew Southerling, Esq. |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1111 Pennsylvania Avenue, N.W. |
| City/State/Zip: | Washington, DC 20004 |
| Phone Number: | 202-739-3000 |
| Fax Number: | 202-739-3001 |

is admitted to practice pro hac vice as counsel for Defendants in the above-captioned case in the United States District for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

1-NY/2309457.1

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: May __, 2008
      New York, New York

                                           _____
                                           Hon. Lewis A. Kaplan
                                           United States District Judge

# **AFFIRMATION OF SERVICE**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

      JOAQUIN EZCURRA, being duly sworn, deposes and says:

      On May 28, 2008, I served copies of the annexed *Motion to Admit Counsel Pro Hac Vice*, *Affidavit of Joaquin Ezcurra for the Admission of E. Andrew Southerling Pro Hac Vice*, and *Order for Admission Pro Hac Vice By Written Motion* on:

      Stephen A. Weiss, Esq.
      Seeger Weiss LLP
      One William Street, 10th Floor
      New York, NY  10004

by causing a true and correct copy of the same to be delivered by Fax and U.S. Mail.

      _____
      Joaquin Ezcurra

1-NY/2318615.1



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*E. Andrew Southerling, Esq.*

**DATE OF ADMISSION**

*December 14, 1994*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: May 9, 2008

*Norina K. Blynn*
Chief Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

E. ANDREW SOUTHERLING

was on the 12TH day of MAY, 2006 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 13, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk