UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
Defer LP, Individually, and On Behalf of All Others
Similarly Situated,

                          08-CV-03449 (LAK)

                            Plaintiffs,

                          **MOTION TO ADMIT COUNSEL
                          PRO HAC VICE**

         v.

Raymond James Financial, Inc., Raymond James &
Associates, Inc., and Raymond James Financial
Services, Inc.,

                            Defendants.
------------------------------------------------------------------------x

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PLEASE TAKE NOTICE that Defendants Raymond James Financial, Inc., Raymond James &

Associates, Inc., and Raymond James Financial Services, Inc., through their counsel herein, move this

Court for an order, pursuant to Local Civil Rule 1.3(c) of the Rules of the United States District Courts

for the Southern and Eastern Districts of New York, admitting Christian R. Bartholomew, Esq. *pro hac*

*vice* to the Bar of this Court for the purpose of appearing and participating in the above-captioned

action.

| | |
|---|---|
| Applicant's Name: | Christian R. Bartholomew, Esq. |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1111 Pennsylvania Avenue, N.W. |
| City/State/Zip: | Washington, DC 20004 |
| Phone Number: | 202-739-3000 |
| Fax Number: | 202-739-3001 |
| Email Address: | cbartholomew@morganlewis.com |

In support of this motion, Defendants submit herewith the affidavit of Joaquin Ezcurra, dated

May 28, 2008.

Dated:    New York, New York
          May 28, 2008

MORGAN, LEWIS & BOCKIUS LLP

By:_____
    Joaquin Ezcurra
    101 Park Avenue
    New York, New York 10178
    Tel: 212.309.6000

    *Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Defer LP, Individually, And On Behalf of All
Others Similarly Situated,

                Plaintiffs,

    vs.

Raymond James Financial, Inc., Raymond James
& Associates, Inc., and Raymond James Financial
Services, Inc.,

                Defendants.

------------------------------------------------------------x

08 CV 03449 (LAK)

AFFIDAVIT OF JOAQUIN
EZCURRA FOR THE
ADMISSION OF
CHRISTIAN R.
BARTHOLOMEW PRO
HAC VICE

STATE OF NEW YORK    )
                        )    ss:
COUNTY OF NEW YORK  )

Joaquin Ezcurra, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Morgan, Lewis & Bockius LLP, counsel for Defendants in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Christian R. Bartholomew as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2002. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Bartholomew is a partner of Morgan, Lewis & Bockius LLP, practicing in our Washington, D.C. office.

4. It is my personal belief that Mr. Bartholomew is a person of integrity and of high moral character.

5. Accordingly, I am pleased to move the admission of Christian R. Bartholomew, pro hac vice.

1-NY/2309654.1

6.  I respectfully submit a proposed order granting the admission of Christian R. Bartholomew, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Christian R. Bartholomew, pro hac vice, to represent Defendants as principal trial counsel in the above captioned matter, be granted.

Dated: May 28, 2008

New York, New York

                                      Respectfully submitted,

                                      _____
                                      Joaquin Ezcurra
                                      JE-7244

Sworn to and subscribed before me
this 28th day of May 2008.


_____
NOTARY PUBLIC

           CHARLES M. CALVARUSO
        Notary Public, State of New York
              No. 31-4818473
          Qualified in New York County
        Commission Expires August 31, 2010

1-NY/2309654.1                          2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Defer LP, Individually, And On Behalf of All Others
Similarly Situated,

                                    08 CV 03449 (LAK)

                Plaintiffs,

     vs.

Raymond James Financial, Inc., Raymond James &
Associates, Inc., and Raymond James Financial
Services, Inc.,

                Defendants.
-------------------------------------------------------------x

**ORDER FOR ADMISSION
PRO HAC VICE
BY WRITTEN MOTION**

Upon the motion of Joaquin Ezcurra, attorney for Defendants Raymond James Financial, Inc.,

Raymond James & Associates, Inc., and Raymond James Financial Services, Inc. ("Defendants")

in the above-captioned matter and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

                Name:            Christian R. Bartholomew, Esq.
                Firm Name:   Morgan, Lewis & Bockius LLP
                Address:      1111 Pennsylvania Avenue, N.W.
                City/State/Zip: Washington, DC  20004
                Phone:       202-739-3000
                Fax:          202-739-3001

is admitted to practice pro hac vice as principal trial counsel for Defendants in the above-

captioned case in the United States District for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall

1-NY/2309457.1

immediately apply for an ECF password at <u>nysd.uscourts.gov</u>. Counsel shall forward the pro hac

vice fee to the Clerk of the Court.

Dated: May __, 2008
       New York, New York

                                              _____

                                              Hon. Lewis A. Kaplan
                                              United States District Judge

## AFFIRMATION OF SERVICE

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

        JOAQUIN EZCURRA, being duly sworn, deposes and says:

        On May 28, 2008, I served copies of the annexed *Motion to Admit Counsel Pro Hac Vice*, *Affidavit of Joaquin Ezcurra for the Admission of Christian R. Bartholomew Pro Hac Vice*, and *Order for Admission Pro Hac Vice By Written Motion* on:

        Stephen A. Weiss, Esq.
        Seeger Weiss LLP
        One William Street, 10th Floor
        New York, NY  10004

by causing a true and correct copy of the same to be delivered by Fax and U.S. Mail.

                        _____
                        Joaquin Ezcurra



# The Florida Bar

**651 EAST JEFFERSON STREET**
**TALLAHASSEE, FLORIDA 32399-2300**

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida          )

County of Leon          )

           In Re:    193320
                      Christian R. Bartholomew
                      Morgan, Lewis & Bockius, LLP
                      1111 Pennsylvania Ave. NW
                      Washington, DC

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on April 18, 2000.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this ___19th___ day of May, 2008.

*Willie Mae Shepherd*

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/KLM1:R10

**RECEIVED**

MAY 2 2008

MORGAN LEWIS BOCKIUS LLP



**District of Columbia Court of Appeals**
Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

CHRISTIAN R. BARTHOLOMEW

was on the ___26TH___ day of ___SEPTEMBER, 1988___

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on May 14,
2008.

GARLAND PINKSTON, JR., CLERK

By: _____
            Deputy Clerk