UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Defer LP, Individually, And On Behalf of All
Others Similarly Situated,

                                                                                                             08 CV 03449 (LAK)

            Plaintiffs,

vs.

Raymond James Financial, Inc., Raymond James
& Associates, Inc., and Raymond James Financial
Services, Inc.,

           Defendants.
-----------------------------------------------------------x

**DEFENDANT RAYMOND JAMES & ASSOCIATES, INC.'S**
**<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Raymond James & Associates, Inc, by its undersigned counsel, Morgan, Lewis & Bockius LLP, hereby states that it is a wholly-owned subsidiary of Defendant Raymond James Financial, Inc.

Dated: May 30, 2008
       New York, New York

                                               MORGAN, LEWIS & BOCKIUS LLP

                                               By: _____
                                                    Joaquin Ezcurra (JE-3244)

                                             101 Park Avenue
                                             New York, NY 10178
                                             Tel.: (212) 309-6000
                                             Fax: (212) 309-6273

                                             Attorneys for Defendant

-2-

## AFFIRMATION OF SERVICE

I hereby affirm that I caused to be served a true and correct copy of Defendant Raymond James & Associates, Inc.'s Rule 7.1 Disclosure Statement by overnight mail, this 30th day of May, 2008, on:

Stephen A. Weiss, Esq.
Seeger Weiss LLP
One William Street, 10th Floor
New York, New York  10004

*Attorney for Plaintiffs*

I affirm that the foregoing statements are true, under penalty of perjury.

_____
Joaquin Ezcurra