UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Defer LP, Individually, And On Behalf of All
Others Similarly Situated,

                  08 CV 03449 (LAK)

     Plaintiffs,

vs.

Raymond James Financial, Inc., Raymond James
& Associates, Inc., and Raymond James Financial
Services, Inc.,

     Defendants.
------------------------------------------------------------x

## DEFENDANT RAYMOND JAMES FINANCIAL SERVICES, INC.'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Raymond James Financial Services, Inc, by its undersigned counsel, Morgan, Lewis & Bockius LLP, hereby states that it is a wholly-owned subsidiary of Defendant Raymond James Financial, Inc.

Dated: May 30, 2008
   New York, New York

             MORGAN, LEWIS & BOCKIUS LLP

             By: _____
               Joaquin Ezcurra (JE-3244)

             101 Park Avenue
             New York, NY 10178
             Tel.: (212) 309-6000
             Fax: (212) 309-6273

             Attorneys for Defendant

1-NY/2319617.1

-2-

## AFFIRMATION OF SERVICE

  I hereby affirm that I caused to be served a true and correct copy of Defendant Raymond James Financial Services, Inc.'s Rule 7.1 Disclosure Statement by overnight mail, this 30th day of May, 2008, on:

Stephen A. Weiss, Esq.
Seeger Weiss LLP
One William Street, 10th Floor
New York, New York  10004

*Attorney for Plaintiffs*

  I affirm that the foregoing statements are true, under penalty of perjury.

_____
Joaquin Ezcurra