UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Defer LP, Individually, And On Behalf of All
Others Similarly Situated,

                                                     08 CV 03449 (LAK)

                Plaintiffs,

vs.

Raymond James Financial, Inc., Raymond James
& Associates, Inc., and Raymond James Financial
Services, Inc.,

                Defendants.
-----------------------------------------------------------------x

## DEFENDANT RAYMOND JAMES FINANCIAL, INC.'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Raymond James Financial, Inc, by its undersigned counsel, Morgan, Lewis & Bockius LLP, hereby states that it has no parent corporation, and there are no publicly held entities that own 10% or more of its stock.

Dated: May 30, 2008
       New York, New York

                                            MORGAN, LEWIS & BOCKIUS LLP

                                            By: _____
                                                   Joaquin Ezcurra (JE-3244)

                                            101 Park Avenue
                                            New York, NY 10178
                                            Tel.: (212) 309-6000
                                            Fax: (212) 309-6273

                                            Attorneys for Defendant

1-NY/2319594.1

-2-

## AFFIRMATION OF SERVICE

I hereby affirm that I caused to be served a true and correct copy of Defendant Raymond James Financial, Inc.'s Rule 7.1 Disclosure Statement by overnight mail, this 30th day of May, 2008, on:

Stephen A. Weiss, Esq.
Seeger Weiss LLP
One William Street, 10th Floor
New York, New York  10004

*Attorney for Plaintiffs*

I affirm that the foregoing statements are true, under penalty of perjury.

_____
Joaquin Ezcurra