SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Defer LP, et al.,            Plaintiff,

- against -

                             8 cv 03449 (___)

Raymond James            Defendant.       MOTION TO ADMIT COUNSEL
Financial, Inc., et al.                   PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Jonathan K. Levine    a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:  A. J. De Bartolomeo
Firm Name:         Girard Gibbs LLP
Address:           601 California Street, Suite 1400
City/State/Zip:    San Francisco, CA 94108
Phone Number:      (415) 981-4800
Fax Number:        (415) 981-4846

A. J. De Bartolomeo                         is a member in good standing of the Bar of the States of

California

There are no pending disciplinary proceeding against A. J. De Bartolomeo
in any State or Federal court.

Dated:       5/29/2008
City, State: San Francisco, CA

            Respectfully submitted,

            _____
Sponsor's
SDNY Bar   Jonathan K. Levine (JL-8390)
Firm Name: GIRARD GIBBS LLP
Address:    601 CALIFORNIA STREET, SUITE 1400
City/State/Zip: SAN FRANCISCO, CA 94108
Phone Number: (415) 981-4800
Fax Number:   (415) 981-4846

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Defer LP, Individually<br>And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Raymond James Financial, Inc., Raymond James<br>& Associates, Inc., and Raymond James Financial<br>Services, Inc.,<br><br>Defendants. | CIVIL ACTION NO. 08-CV-03449 |

**AFFIDAVIT OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS'**
***PRO HAC VICE* ADMISSION OF A. J. De BARTOLOMEO**

I, Jonathan K. Levine, being duly sworn, deposes and says that the following facts are true and correct to the best of my personal knowledge:

1. I am an attorney duly admitted to practice law before this Court. My admission to this Court was on March 14, 1989.

2. I am not under suspension or disbarment by any court.

3. I am a partner at the firm of Girard Gibbs LLP, and my office is located at 601 California Street, 14th Floor, San Francisco, California 94108. My telephone number is (415) 981-4800.

4. I make this affidavit in support of Plaintiffs' Motion for the admission of A. J. De Bartolomeo *pro hac vice*.

5. I have known A. J. De Bartolomeo for 7 years, and believe he will uphold the integrity of this Court, and will comply with all applicable New York Local Rules of Civil Procedure.

1

I declare under penalty of perjury and the law of the United States of America that the foregoing is true and correct. Executed this 30th day of May, 2008 at San Francisco, California.

_____
Jonathan K. Levine

On May 30, 2008, before me, Sue Querubin, Notary Public, personally appeared Jonathan K. Levine, proved by satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

[Notary Seal: SUZANNE M. QUERUBIN, Comm. #1523059, NOTARY PUBLIC-CALIFORNIA, City and County of San Francisco, My Comm. Expires Oct. 30, 2008]

WITNESS my hand and office seal.

_____
SUE QUERUBIN

2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Defer LP, Individually And On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> Raymond James Financial, Inc., Raymond James & Associates, Inc., and Raymond James Financial Services, Inc., <br><br> Defendants. | CIVIL ACTION NO. 08-CV-03449 |

**DECLARATION OF A. J. De BARTOLOMEO IN SUPPORT OF PLAINTIFFS'**
*PRO HAC VICE* **MOTION**

I, A. J. De Bartolomeo, pursuant to 28 U.S.C. §1746, hereby declare under the penalty of perjury as follows:

1. I am a partner at the firm of Girard Gibbs LLP, and my office is located at 601 California Street, 14th Floor, San Francisco, California 94108. My telephone number is (415) 981-4800.

2. I submit this Declaration in support of the motion to admit counsel *pro hac vice* in the above-captioned matter. As demonstrated by the Certificates of Good Standing (**Exhibit A**), I am a member in good standing of the Bar of the State of California.

3. There are no pending disciplinary proceedings against me in any State or Federal Court.

4. Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned matter.

1

2

I declare under penalty of perjury and the law of the United States of America that the foregoing is true and correct. Executed this 29th day of May, 2008 at San Francisco, California.

_____
A. J. De Bartolomeo

# Exhibit A

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

May 2, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ANNE MARIE JANINE DE BARTOLOMEO, #136502 was admitted to the practice of law in this state by the Supreme Court of California on December 7, 1988; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Defer LP, et al.                                    Plaintiff,

                                                                        8   cv   03449   (   )

— against —

Raymond James Financial, Inc., et al.               Defendant.          **ORDER FOR ADMISSION
                                                                        PRO HAC VICE
                                                                        ON WRITTEN MOTION**

Upon the motion of Jonathan K. Levine    attorney for   Plaintiff, Defer LP

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:   A. J. De Bartolomeo

    Firm Name:          Girard Gibbs LLP

    Address:            601 California Street, Suite 1400

    City/State/Zip:     San Francisco, CA  94108

    Telephone/Fax:      (415) 981-4800

    Email Address:      ajd@girardgibbs.com

is admitted to practice pro hac vice as counsel for  Plaintiff, Defer LP  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:  New York, NY

 

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006