SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Defer LP, Individually, and On Behalf of All Others
Similarly Situated,

                              Plaintiffs,

v.

Raymond James Financial, Inc., Raymond James &
Associates, Inc., and Raymond James Financial
Services, Inc.,

                              Defendants.
-----------------------------------------------------------------x

08-CV-03449 (LAK)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PLEASE TAKE NOTICE that Defendants Raymond James Financial, Inc., Raymond James & Associates, Inc., and Raymond James Financial Services, Inc., through their counsel herein, move this Court for an order, pursuant to Local Civil Rule 1.3(c) of the Rules of the United States District Courts for the Southern and Eastern Districts of New York, admitting Christian R. Bartholomew, Esq. *pro hac vice* to the Bar of this Court for the purpose of appearing and participating in the above-captioned action.

|  |  |
|---|---|
| Applicant's Name: | Christian R. Bartholomew, Esq. |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1111 Pennsylvania Avenue, N.W. |
| City/State/Zip: | Washington, DC 20004 |
| Phone Number: | 202-739-3000 |
| Fax Number: | 202-739-3001 |
| Email Address: | cbartholomew@morganlewis.com |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08

SO ORDERED
LEWIS A. KAPLAN, USDJ

1-NY/2309474.1

In support of this motion, Defendants submit herewith the affidavit of Joaquin Ezcurra, dated May 28, 2008.

Dated:   New York, New York
          May 28, 2008

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Joaquin Ezcurra
101 Park Avenue
New York, New York 10178
Tel: 212.309.6000

*Attorneys for Defendants*

I-NY 2309474.1