SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCANNED

Defer LP, et al.,      Plaintiff,

- against -

Raymond James      Defendant.
Financial, Inc., et al.

8 cv 03449 (LAK)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jonathan K. Levine  a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:  A. J. De Bartolomeo
Firm Name:         Girard Gibbs LLP
Address:           601 California Street, Suite 1400
City/State/Zip:    San Francisco, CA  94108
Phone Number:      (415) 981-4800
Fax Number:        (415) 981-4846

A. J. De Bartolomeo  is a member in good standing of the Bar of the States of California

There are no pending disciplinary proceeding against A. J. De Bartolomeo in any State or Federal court.

Dated:       5/29/2008
City, State: San Francisco, CA

MEMO ENDORSED
Granted

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08

Respectfully submitted,

Sponsor's
SDNY Bar  Jonathan K. Levine (JL-8390)
Firm Name: GIRARD GIBBS LLP
Address:   601 CALIFORNIA STREET, SUITE 1400
City/State/Zip: SAN FRANCISCO, CA 94108
Phone Number: (415) 981-4800
Fax Number:   (415) 981-4846

ORDERED
LEWIS A. KAPLAN, USDJ
6/4/08

SDNY Form Web 10/2006