SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**SCANNED**

Defer LP, et al.,          Plaintiff,

- against -

Raymond James          Defendant.
Financial, Inc., et al.

____ 8 ____ cv ____ 03449 ____ (LAK)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jonathan K. Levine a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Daniel C. Girard
Firm Name:          Girard Gibbs LLP
Address:            601 California Street, Suite 1400
City/State/Zip:     San Francisco, CA  94108
Phone Number:       (415) 981-4800
Fax Number:         (415) 981-4846

Daniel C. Girard is a member in good standing of the Bar of the States of California

There are no pending disciplinary proceeding against Daniel C. Girard in any State or Federal court.

Dated:       5/29/2008
City, State: San Francisco, CA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08

MEMO ENDORSED

Respectfully submitted,

Sponsor's
SDNY Bar     Jonathan K. Levine (JL-8390)
Firm Name:   GIRARD GIBBS LLP
Address:     601 CALIFORNIA STREET, SUITE 1400
City/State/Zip: SAN FRANCISCO, CA 94108
Phone Number: (415) 981-4800
Fax Number:   (415) 981-4846

SDNY Form Web 10/2006