UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
Defer LP, Individually, and On Behalf of All Others
Similarly Situated,

                                  Plaintiffs,        08-CV-03449 (LAK)

v.

Raymond James Financial, Inc., Raymond James &      **MOTION TO ADMIT COUNSEL**
Associates, Inc., and Raymond James Financial           **PRO HAC VICE**
Services, Inc.,

                                  Defendants.
------------------------------------------------------------------x

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PLEASE TAKE NOTICE that Defendants Raymond James Financial, Inc., Raymond James & Associates, Inc., and Raymond James Financial Services, Inc., through their counsel herein, move this Court for an order, pursuant to Local Civil Rule 1.3(c) of the Rules of the United States District Courts for the Southern and Eastern Districts of New York, admitting Jill M. Baisinger, Esq. *pro hac vice* to the Bar of this Court for the purpose of appearing and participating in the above-captioned action.

|  |  |
|---|---|
| Applicant's Name: | Jill M. Baisinger, Esq. |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1701 Market Street |
| City/State/Zip: | Philadelphia, PA 19103-2921 |
| Phone Number: | 215-963-5000 |
| Fax Number: | 215-963-5001 |
| Email Address: | jbaisinger@notes.morganlewis.com |

1-NY/2309474.1

In support of this motion, Defendants submit herewith the affidavit of Joaquin Ezcurra, dated June 5, 2008.

Dated:   New York, New York
         June 5, 2008

                                            MORGAN, LEWIS & BOCKIUS LLP

                                            By: _____
                                                Joaquin Ezcurra
                                                101 Park Avenue
                                                New York, New York 10178
                                                Tel: 212.309.6000

                                            *Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Defer LP, Individually, And On Behalf of All
Others Similarly Situated,

                **Plaintiffs,**

vs.

Raymond James Financial, Inc., Raymond James
& Associates, Inc., and Raymond James Financial
Services, Inc.,

                **Defendants.**
------------------------------------------------------------x

08 CV 03449 (LAK)

**AFFIDAVIT OF JOAQUIN EZCURRA FOR THE ADMISSION OF JILL M. BAISINGER PRO HAC VICE**

STATE OF NEW YORK  )
                           ) ss:
COUNTY OF NEW YORK  )

Joaquin Ezcurra, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Morgan, Lewis & Bockius LLP, counsel for Defendants in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Jill M. Baisinger as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2002. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Ms. Baisinger is an associate of Morgan, Lewis & Bockius LLP, practicing in our Philadelphia, PA office.

4. It is my personal belief that Ms. Baisinger is a person of integrity and of high moral character.

5. Accordingly, I am pleased to move the admission of Jill M. Baisinger, pro hac vice.

1-NY/2321289.1

6. I respectfully submit a proposed order granting the admission of Jill M. Baisinger, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Jill M. Baisinger, pro hac vice, to represent Defendants in the above captioned matter, be granted.

Dated: June 5, 2008
New York, New York

Respectfully submitted,

_____
Joaquin Ezcurra
JE-3244

Sworn to and subscribed before me
this 5th day of June 2008.


_____
NOTARY PUBLIC

**CHARLES M. CALVARUSO**
Notary Public, State of New York
No. 31-4818473
Qualified in New York County
Commission Expires August 31, 20_10_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Defer LP, Individually, And On Behalf of All Others
Similarly Situated,

                Plaintiffs,

vs.

Raymond James Financial, Inc., Raymond James &
Associates, Inc., and Raymond James Financial
Services, Inc.,

                Defendants.
------------------------------------------------------------x

08 CV 03449 (LAK)

**ORDER FOR ADMISSION
PRO HAC VICE
BY WRITTEN MOTION**

Upon the motion of Joaquin Ezcurra, attorney for Defendants Raymond James Financial, Inc., Raymond James & Associates, Inc., and Raymond James Financial Services, Inc. ("Defendants")

in the above-captioned matter and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Name:           Jill M. Baisinger, Esq.
        Firm Name:     Morgan, Lewis & Bockius LLP
        Address:       1701 Market Street
        City/State/Zip: Philadelphia, PA 19103-2921
        Phone:         215-963-5000
        Fax:           215-963-5001

is admitted to practice pro hac vice as counsel for Defendants in the above-captioned case in the United States District for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: June __, 2008
New York, New York

_____
Hon. Lewis A. Kaplan
United States District Judge



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Jill Marie Baisinger, Esq.*

DATE OF ADMISSION

*November 10, 1998*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: May 30, 2008

_____
Patricia A. Johnson
Chief Clerk

## AFFIRMATION OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

JOAQUIN EZCURRA, being duly sworn, deposes and says:

On June 5, 2008, I served copies of the annexed *Motion to Admit Counsel Pro Hac Vice, Affidavit of Joaquin Ezcurra for the Admission of Jill M. Baisinger Pro Hac Vice*, and *Order for Admission Pro Hac Vice By Written Motion* on:

Stephen A. Weiss, Esq.
Seeger Weiss LLP
One William Street, 10th Floor
New York, NY 10004

by causing a true and correct copy of the same to be delivered by Fax and U.S. Mail.

_____
Joaquin Ezcurra

1-NY/2321292.1