UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Defer LP, Individually, and On Behalf of All Others
Similarly Situated,

                              Plaintiffs,        08-CV-03449 (LAK)

    v.

Raymond James Financial, Inc., Raymond James &
Associates, Inc., and Raymond James Financial
Services, Inc.,

                              Defendants.

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

-------------------------------------------------------------x

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PLEASE TAKE NOTICE that Defendants Raymond James Financial, Inc., Raymond James & Associates, Inc., and Raymond James Financial Services, Inc., through their counsel herein, move this Court for an order, pursuant to Local Civil Rule 1.3(c) of the Rules of the United States District Courts, for the Southern and Eastern Districts of New York, admitting Jill M. Baisinger, Esq. *pro hac vice* to the Bar of this Court for the purpose of appearing and participating in the above-captioned action.

| | |
|---|---|
| Applicant's Name: | Jill M. Baisinger, Esq. |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1701 Market Street |
| City/State/Zip: | Philadelphia, PA 19103-2921 |
| Phone Number: | 215-963-5000 |
| Fax Number: | 215-963-5001 |
| Email Address: | jbaisinger@notes.morganlewis.com |

**MEMO ENDORSED**

Granted

SO ORDERED
LEWIS A. KAPLAN, USDJ  6/10/08

1-NY/2309474.1