MEMO ENDORSED

SCANNED

Christopher A. Seeger, Esq.
Stephen A. Weiss, Esq.
SEEGER WEISS LLP
One William Street
New York, NY 10004
Tel. (212) 584-0700
Fax. (212) 584-099

Attorneys for Plaintiff

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 7/1/08

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MAY 30 2008

Defer LP, Individually And On Behalf of All Others Similarly Situated,

Plaintiff,

v.

Raymond James Financial, Inc., Raymond James & Associates, Inc., and Raymond James Financial Services, Inc.,

Defendants.

Civil Action No: 08-cv-03449 (LAK)

**PLAINTIFF'S MOTION TO ADMIT COUNSEL *PRO HAC VICE***

ELECTRONICALY FILED CASE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United Stated District Courts for the Southern and Eastern Districts of New York, I, Stephen A. Weiss, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of the following two attorneys of the same firm:

Applicants' Names: NORMAN E. SIEGEL and MATTHEW L. DAMERON
Firm Name: Stueve Siegel Hanson LLP
Address: 460 Nichols Road, Suite 200
City/State/Zip: Kansas City, Missouri 64112
Tel: (816) 714-7170
Fax: (816) 714-7101

MEMO ENDORSED

SO ORDERED

LEWIS A. KAPLAN, USDJ

7/1/08