UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
DEFER, L.P.,

                    Plaintiff,

        -against-                                      08 Civ. 3449 (LAK)

RAYMOND JAMES FINANCIAL, INC., et al.,

                    Defendants.
------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The motion of Laurie Rubin for appointment as lead plaintiff and for approval of her choice of counsel is granted to the extent that Ms. Rubin is appointed as lead plaintiff and Girard Gibbs LLP is appointed as lead counsel. It is denied in all other respects, as the Court sees no reason for appointing co-lead counsel or liaison counsel at this juncture.

       SO ORDERED.

Dated:      July 2, 2008

                                                            Lewis A. Kaplan
                                           United States District Judge