Kaplan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEFER LP, Individually And On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> RAYMOND JAMES FINANCIAL, INC., RAYMOND JAMES & ASSOCIATES, INC., and RAYMOND JAMES FINANCIAL SERVICES, INC., <br><br> Defendants. | Case No. 1:08-CV-3449 (LAK) |

WHEREAS on July 2, 2008, this Court issued an Order appointing putative Class member Laurie Rubin as lead plaintiff and Girard Gibbs LLP as lead counsel in this action;

WHEREAS this putative class action is subject to a pending Motion to Transfer for Coordination before the Judicial Panel on Multidistrict Litigation (*In re Auction Rate Securities (ARS) Marketing Litigation*, MDL No. 1979);

WHEREAS Defendants have filed opposition to that Motion;

WHEREAS the parties have stipulated and the Court has Ordered that Defendants' time to move, answer or otherwise respond to the Complaint is adjourned without date, pending appointment of Lead Plaintiff and filing of an amended complaint;

///

///

///

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08
```

THEREFORE IT IS HEREBY STIPULATED AND AGREED by the parties, by and through their undersigned counsel, that:

1. If the Motion to Transfer for Coordination is denied, the parties shall confer and, within twenty (20) days of the JPML's ruling, submit to this Court a proposed schedule, including a schedule for the filing of an amended complaint.

2. If the Motion to Transfer for Coordination is granted, Lead Plaintiff in this action shall file an amended complaint as directed by the transferee court selected by the JPML.

IT IS SO STIPULATED.

Dated: July 28, 2008

GIRARD GIBBS LLP

By: /s/ CHC Sharp

Jonathan K. Levine (JL-8390)
Daniel C. Girard (*pro hac vice*)
Aaron M. Sheanin (*pro hac vice*)
Christina H. C. Sharp (*pro hac vice*)
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Norman E. Siegel (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO, 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101

Christopher A. Seeger (CS-4880)
Stephen A. Weiss (SW-3520)
David R. Buchanan (DB-6368)
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

*Counsel for Lead Plaintiff Laurie Rubin*

Dated: July 28, 2008

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Christian R. Bartholomew (*pro hac vice*)
1111 Pennsylvania Avenue, Northwest
Washington, D.C. 20004
Telephone: (202) 739-6400
Facsimile: (202) 739-3001

Jill M. Baisinger (*pro hac vice*)
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5251
Facsimile: (215) 963-5001

*Counsel for Defendants*

**SO ORDERED.**

DATED: 7/29, 2008

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

3